# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DIANNE FANT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:11-cv-04360-RDP |
| | ) |
| **STATE FARM MUTUAL** | ) |
| **AUTOMOBILE INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve State Farm Mutual Automobile Insurance Company, by certified mail pursuant to Federal Rule of Civil Procedure 4.2(a).

*s/ Kirby D. Farris*
Kirby D. Farris

OF COUNSEL:

**FARRIS, RILEY & PITT, L.L.P.**
The Massey Building
2025 3rd Avenue North
Suite 400
Birmingham, AL  35203
(205) 324-1212